*Wednesday, July 14, 1999*

## MOTION DOCKET

**99–570. DeRolph v. State.**
Perry C.P. No. 22043. This cause is pending before the court as an appeal of right from the Court of Common Pleas of Perry County. The record in this cause was filed on June 23, 1999.

IT IS ORDERED by the court, *sua sponte,* that the parties shall brief this case in accordance with S.Ct.Prac.R. VI and comply with S.Ct.Prac.R. VII and all other applicable rules of practice.

**98–2435. Hillabrand v. Drypers Corp.**
Marion App. No. 9–98–23. This cause is pending before the court as an appeal from the Court of Appeals for Marion County.

IT IS ORDERED by the court, *sua sponte,* that this cause be consolidated with Supreme Court case No. 98–2444, *Hillabrand v. Drypers Corp.,* for oral argument.

**98–2444. Hillabrand v. Drypers Corp.**
Marion App. No. 9–98–18. This cause is pending before the court as an appeal from the Court of Appeals for Marion County.

IT IS ORDERED by the court, *sua sponte,* that this cause be consolidated with Supreme Court case No. 98–2435, *Hillabrand v. Drypers Corp.,* for oral argument.